UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES POLK, et al., | No.  2:18-cv-2900-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| BETTY YEE, et al., | |
| Defendants. | |

On April 19, 2019, the court heard two motions to dismiss in this putative class action based on 42 U.S.C. § 1983.  *See* ECF Nos. 19 & 23.  The motions were brought by defendants Betty Yee, State Controller of California, and SEIU Local 2015 ("SEIU" or "Union").  After hearing, the court submitted the motions.  ECF No. 37.  On August 24, 2020, the court granted defendants' motions to dismiss with leave to amend claims one and two, subject to the pleading requirements of Federal Rule of Procedure 11.  *See generally* Order, ECF No. 60.  One month later, plaintiffs have requested the court issue an appealable final judgment, noting they do not intend to amend their First Amended Complaint, but rather intend to appeal its dismissal.  ECF No. 62, at 2.

The court having considered plaintiffs' request, heard all persons properly appearing and requesting to be heard, read and considered the motions to dismiss and supporting

1 | papers, finds good cause appearing to issue a final judgment. *See Edwards v. Marin Park, Inc.*,
2 | 356 F.3d 1058, 1064 (9th Cir. 2004) (holding district court should enter final judgment
3 | dismissing all claims with prejudice and allow case in similar posture to go up on appeal).

Accordingly, the court DISMISSES all of plaintiffs' claims with prejudice and ORDERS that the Clerk of Court ENTER FINAL JUDGMENT in this action.

This order resolves ECF No. 62.

IT IS SO ORDERED.

DATED: October 14, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE